THE STATE, DEFENDANT IN ERROR, v. HENRY C. STE-NECK ET AL., PLAINTIFFS IN ERROR.

Submitted February 11, 1938—Decided April 29, 1938.

For the plaintiffs in error, *John G. Flanigan.*

For the defendant in error, *Daniel J. O'Regan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.